# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### AT ERIE

| | | |
|---|---|---|
| PARIS L. JAMES, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:14-cv-00069-BR-SPB |
| | ) | |
| *v.* | ) | |
| | ) | ORDER |
| DEBRA SAUERS, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation, (Doc. No. 108);

(2) The Motion to Dismiss filed by Defendant Moll, (Doc. No. 98), is **GRANTED** as to the Fourteenth Amendment, retaliation, conspiracy, and failure to supervise claims; and

(3) The Motion to Dismiss filed by Defendant Moll, (Doc. No. 98), is **DENIED** as to the Eighth Amendment claims.

**IT IS SO ORDERED.**

Dated: December 9, 2016

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE