## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES,** | |
| **Plaintiff,** | **Civil Action No. 14-69** |
| **v.** | |
| **SAUERS,** | **ORDER ADOPTING THE REPORT AND RECOMMENDATION** |
| **Defendant.** | |

The Magistrate Judge issued a Report and Recommendation in this matter (Dkt. No. 179), recommending that this Court grant summary judgment in favor of Defendant Rhonda Sherbine. Plaintiff alleges that Sherbine, who is a registered nurse practitioner responsible for providing medical services and care at SCI Forest, was deliberately indifferent to his serious medical needs. The parties proceed with discovery and thereafter Sherbine moved for summary judgment, arguing that Plaintiff cannot establish an Eighth Amendment claim against her. After reviewing the Report and Recommendation, the record, and all other materials before the Court, and no objection being filed, it is hereby ordered that:

(1)     The Report and Recommendation is ADOPTED;

(2)     Defendant Sherbine is HEREBY DISMISSED from this case; and

(3)     The Clerk of the Court shall send copies of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED this 3rd day of March 2018.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE