## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JAMES,** | |
| **Plaintiff,** | **Civil Action No. 14-69** |
| **v.** | |
| **SAUERS,** | **ORDER ADOPTING THE REPORT AND RECOMMENDATION** |
| **Defendant.** | |

The Magistrate Judge issued a Report and Recommendation in this matter (Dkt. No. 180), recommending that this Court grant summary judgment in favor of Defendant Moll. Plaintiff, who is currently incarcerated, alleges that Moll is responsible for providing mental health services and medication at SCI Forest, and further alleges that Moll was deliberately indifferent to his serious medical needs. The parties proceed with discovery and thereafter Moll moved for summary judgment, arguing that Plaintiff cannot establish an Eighth Amendment claim against him. After reviewing the Report and Recommendation, the record, and all other materials before the Court, and no objection being filed, it is hereby ordered that:

(1)     The Report and Recommendation is ADOPTED;

(2)     Defendant Moll is HEREBY DISMISSED from this case; and

(3)     The Clerk of the Court shall send copies of this Order to Petitioner.

**IT IS SO ORDERED.**

DATED this 3rd day of March 2018.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE