# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS L. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-69 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| DEBRA SAUERS, *et al.*, | ) | Magistrate Judge Susan Paradise Baxter |
| | ) | |
| Defendants. | ) | |

## ORDER

In his *pro se* complaint, Plaintiff alleges that his constitutional rights have been violated in numerous ways, and Plaintiff has moved for appointment of counsel three times over the course of this litigation. On March 2, 2018, the Magistrate Judge denied Plaintiff's most recent Motion for Appointment of Counsel (Doc. 182) after considering the factors specified in <u>Tabron v. Grace</u>, 6 F.3d 147 (3d Cir. 1993). The Magistrate Judge also stated that Plaintiff may renew his request for counsel in the event this case proceeds to trial. (Doc. 184.)

As this case is now approaching trial, the Court finds that the interests of justice and efficiency will be best served by the appointment of counsel for Plaintiff.

Therefore, this 7th day of May, 2018:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of Pennsylvania In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Rights Actions (Miscellaneous No. 99-95), the Clerk of Court, on behalf of the Allegheny County Bar Foundation of the Allegheny

County Bar Association is directed to request a lawyer to consider entering an appearance on behalf of the plaintiff in the above-captioned case;

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to provide counsel with a copy of the most current complaint and answers and shall provide counsel with any additional pleadings or documents as requested by counsel;

**IT IS FURTHER ORDERED** that this matter shall be administratively closed pending the appointment of counsel, at which point the case will be reopened.

IT IS SO ORDERED.

May 7, 2018
s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

**PARIS L. JAMES**
DB-7294
SCI COAL TOWNSHIP
1 KELLEY DRIVE
COAL TOWNSHIP, PA 17866

cc (via ECF email notification):

All Counsel of Record